IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00753-MSK-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$7,500.00 IN UNITED STATES CURRENCY,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE (#14) AND GRANTING THE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (#10)**

THIS MATTER comes before the Court on the Magistrate Judge's Recommendation **(#14)** that the Plaintiff's Motion for Default Judgment **(#10)** be granted. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

There are no objections to the Recommendation. Therefore, the Court may apply whatever standard of review it deems appropriate. *See Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).

This is an *in rem* forfeiture action. The Magistrate Judge recommends that default judgment be entered in favor of the Plaintiff and against the Defendant and that the Plaintiff "shall have full and legal title to the Defendant $7,500.00 and may dispose of said property in accordance with law[.]" He also recommends that "this default judgment and final order of forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465." Such

recommendation is not clearly erroneous and does not appear to be contrary to law.

**IT IS THEREFORE ORDERED** that the Court **ADOPTS** the Magistrate Judge's Recommendation **(#14)** and **GRANTS** the Plaintiff's Motion for Default Judgment **(#10)**.

Dated this 13th day of December, 2005

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge